FILED
CLERK, U.S. DISTRICT COURT
DEC 31 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority X
Send X
Enter
Closed
JS-5/JS-6 X
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF GEORGE HERNANDEZ; by and through Bonnie Hernandez and Jorge Hernandez, Administrators; MAIA HERNANDEZ; LORENZO HERNANDEZ; JONATHAN HERNANDEZ; NICHOLAS HERNANDEZ; GEORGE HERNANDEZ, JR.; PAULA YVETTE HERNANDEZ; minors, by and through their Guardian Ad Litem Paula Solorio; BONNIE HERNANDEZ, Individually, and JORGE HERNANDEZ; Individually,

Plaintiffs,

v.

CITY OF POMONA; BERT SANCHEZ; D. COOPER; R. DEVEE; A. LUNA; OFFICER PADILLA; MARK WARM; ROGER IWIG; and Does 1-10, inclusive,

Defendants.

No. CV 01-7718-PA (RZx)

JUDGMENT

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The jury, having returned a verdict in favor of defendants Robert Devee, Anthony Luna and Dennis Cooper on the claim for relief alleged against them, and the Court having granted defendant Humberto Sanchez's Fed. R. Civ. P. 50 motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Defendants shall have judgment against plaintiffs on their claims for excessive force under the Fourth and Fourteenth Amendments;

2. Plaintiffs shall recover nothing from defendants; and

127

3. Defendants shall recover from plaintiff their costs of suit.

The Clerk is ordered to enter this Judgment.

SCANNED

IT IS SO ORDERED.

DATED: December 31, 2003

Percy Anderson
UNITED STATES DISTRICT JUDGE